Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL H. NOVASKY, a single person,

Plaintiff,

vs.

ADAM C. CLINTON, an individual, JACOB
W. BRISKEY, an individual, WILLIAM
COLLINS, an individual, DONNIE LOWE, an
individual, MARSHALL COOLIDGE, an
individual, THOMAS A. UMPOROWICZ, JR.,
an individual, JOHN DOES 1-10, individuals,
THE SEATTLE POLICE DEPARTMENT, and
THE CITY OF SEATTLE, a municipal
corporation,

Defendants.

No.      2:16-CV-00614-JLR

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

**[CLERK'S ACTION REQUIRED]**

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Paul H. Novasky, and the defendants,

Adam C. Clinton, Jacob W. Briskey, William Collins, Donnie Lowe, Marshall Coolidge, Thomas

A. Umporowicz, Jr., the Seattle Police Department and City of Seattle, that this matter has been fully

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 1

settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and the

defendants, with prejudice and without costs or attorneys' fees to either party.

DATED this 20th day of March, 2017

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney<br><br>By:       */s/ Cherie Getchell*_____<br>          Cherie Getchell, WSBA# 49768<br>          Assistant City Attorneys<br>          *Attorney for Defendants Adam C.*<br>          *Clinton, Jacob W. Briskey, William*<br>          *Collins, Donnie Lowe, Marshall*<br>          *Coolidge, Thomas A. Umporowicz, Jr.,*<br>          *The Seattle Police Department and City*<br>          *of Seattle* | LAW OFFICE OF KENNETH M. BROWN, JR.<br><br>By:  */s/ Kenneth M. Brown, Jr.*\_\_\_\_<br>       Kenneth M. Brown, Jr., WSBA #3851<br>       *Attorney for Plaintiff* |
| | LAW OFFICE OF WALSH & LARRANAGA<br><br>By:       */s/ Jacqueline K. Walsh*_____<br>          Jacqueline Walsh, WSBA #21651<br>          Mark Larranaga, WSBA #22715<br>          *Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendants, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of _____, 2017.

_____
Honorable James L. Robart

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:    */s/ Cherie Getchell*_____
          Cherie Getchell, WSBA# 49768
          Assistant City Attorneys
          *Attorney for Defendants Adam C. Clinton,*
          *Jacob W. Briskey, William Collins,*
          *Donnie Lowe, Marshall Coolidge,*
          *Thomas A. Umporowicz, Jr.,*
          *The Seattle Police Department and City of Seattle*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

LAW OFFICE OF KENNETH M. BROWN, JR.


By:   _*/s/ Kenneth M. Brown, Jr.*_____
          Kenneth M. Brown, Jr., WSBA #3851
          *Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1      LAW OFFICE OF WALSH & LARRANAGA

2

3      By: _/s/ Jacqueline K. Walsh_____
             Jacqueline Walsh, WSBA #21651
             Mark Larranaga, WSBA #22715

4              *Attorneys for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 4

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200