Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL H. NOVASKY, a single person,

                Plaintiff,

    vs.

ADAM C. CLINTON, an individual, JACOB
W. BRISKEY, an individual, WILLIAM
COLLINS, an individual, DONNIE LOWE, an
individual, MARSHALL COOLIDGE, an
individual, THOMAS A. UMPOROWICZ, JR.,
an individual, JOHN DOES 1-10, individuals,
THE SEATTLE POLICE DEPARTMENT, and
THE CITY OF SEATTLE, a municipal
corporation,

                Defendants.

No.    2:16-CV-00614-JLR

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

**[CLERK'S ACTION REQUIRED]**

**STIPULATION**

     IT IS HEREBY STIPULATED between the plaintiff, Paul H. Novasky, and the defendants,

Adam C. Clinton, Jacob W. Briskey, William Collins, Donnie Lowe, Marshall Coolidge, Thomas

A. Umporowicz, Jr., the Seattle Police Department and City of Seattle, that this matter has been fully

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1   settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and the

2   defendants, with prejudice and without costs or attorneys' fees to either party.

3          DATED this 20th day of March, 2017

4

5   PETER S. HOLMES                          LAW OFFICE OF KENNETH M. BROWN, JR.
    Seattle City Attorney

6   By:   /s/ Cherie Getchell               By:   /s/ Kenneth M. Brown, Jr.
          Cherie Getchell, WSBA# 49768            Kenneth M. Brown, Jr., WSBA #3851
7         Assistant City Attorneys                Attorney for Plaintiff
          Attorney for Defendants Adam C.
8         Clinton, Jacob W. Briskey, William
          Collins, Donnie Lowe, Marshall
9         Coolidge, Thomas A. Umporowicz, Jr.,
          The Seattle Police Department and City
10        of Seattle

11                                           LAW OFFICE OF WALSH & LARRANAGA

12
                                             By:   /s/ Jacqueline K. Walsh
13                                                 Jacqueline Walsh, WSBA #21651
                                                   Mark Larranaga, WSBA #22715
14                                                 Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 2

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendants, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this 20th day of March, 2017.

_____
Honorable James L. Robart

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:     /s/ Cherie Getchell
        Cherie Getchell, WSBA# 49768
        Assistant City Attorneys
        *Attorney for Defendants Adam C. Clinton,*
        *Jacob W. Briskey, William Collins,*
        *Donnie Lowe, Marshall Coolidge,*
        *Thomas A. Umporowicz, Jr.,*
        *The Seattle Police Department and City of Seattle*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

LAW OFFICE OF KENNETH M. BROWN, JR.


By:     /s/ Kenneth M. Brown, Jr.
        Kenneth M. Brown, Jr., WSBA #3851
        *Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 3

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1    LAW OFFICE OF WALSH & LARRANAGA

2
     By:   /s/ Jacqueline K. Walsh
3          Jacqueline Walsh, WSBA #21651
           Mark Larranaga, WSBA #22715
4          *Attorneys for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:16-CV-00614-JLR) - 4